UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                     Case No. 25-cr-20625

v.                                HON. F. KAY BEHM
                                United States District Judge

KOBE Y. PATTERSON,

        Defendant.

_____

**GOVERNMENT'S SENTENCING MEMORANDUM**

_____

Kobe Patterson put dangerous weapons in the hands of dangerous criminals. And, as expected, those dangerous criminals used the weapons in wide array of violent offenses.

Patterson's dangerous and reckless behavior—the consequences of which were completely foreseeable to Patterson—demonstrates his utter disregard for the safety of the community.  The Court should impose a significant custodial sentence.

## **INTRODUCTION**

This matter is before the Court for sentencing following Patterson's guilty plea to Count 11 of the indictment, which charged Patterson with illegal possession of a machinegun.  (ECF No. 18, PageID.53).

## **APPLICABLE SENTENCING GUIDELINES RANGE**

The probation department determined Patterson's total offense level to be 21 and his criminal history a category I.  As a result, Patterson's sentencing guideline range is 37 to 46 months.  (PSR ¶ 61).  Neither party objected to the scoring of the guidelines.

## **SENTENCING ANALYSIS UNDER 18 U.S.C. § 3553**

### I.   The Nature and Circumstances of the Offense

The scale of Patterson's illegal firearm trafficking was vast.  In just a matter of five months, Patterson purchased 14 firearms.  On several occasions, he purchased multiple firearms in a single transaction.  And the goal was simple—sell the firearms to criminals in order to make money.   Selfish, greedy, irresponsible, and dangerous.

And many of the firearms Patterson trafficked were high-powered, large caliber, killing machines—some equipped with machinegun conversion devices that he also trafficked in.

### a. Patterson makes false statements when purchasing firearms

On at least eight occasions between June 18, 2024, and November 22, 2024, Patterson purchased 14 firearms.  When purchasing the firearms, Patterson lied claiming he was the actual purchaser of the firearms when in fact, as he knew, he was purchasing the firearms for others.  During each purchase, Patterson completed an ATF Form 4473—a form required to be completed when a person purchases a firearm from a federal firearm licensee (FFL).  On the form, Patterson falsely confirmed he was purchasing the respective firearms for himself.  Additionally, the form contained a section where Patterson falsely certified with his signature that the answers provided on the form were true, correct, and complete.

### b. Police arrest three men armed with Patterson's guns before they commit a drive-by shooting

On December 9, 2025, Flint Township Police officers arrested three individuals for weapons violations after police found them in a parked vehicle near



Suspect vehicle captured on video near apartment complex

an apartment complex.  A 911 caller advised dispatch that their daughter was having trouble with the group of men, and they were threatening to shoot up their apartment.  From inside the vehicle, officers recovered three

3

firearms: (1) a Glock, Model 22, .40 caliber semi-automatic pistol loaded with an extended magazine containing 22 rounds of ammunition; (2) a DGS Defense DGS-MP pistol, loaded with a 30-round magazine and a drop in auto sear; and (3) a DGS Defense DGSMP pistol, loaded with a 30-round magazine. All three firearms were registered to Patterson. One of the men fled during the stop and was later arrested in the backyard of residence on Ridgecliffe Drive in Flint Township.



Patterson's guns seized from the would-be drive-by shooters

### c. Patterson files police report falsely claiming his guns were stolen

One day later, Patterson filed a police report with the Grand Blanc Township Police Department falsely claiming that nine of his firearms were stolen from his residence. Detectives investigated the claim and found it not credible as there were no signs of forced entry into his apartment. Further, detectives located information on Patterson's cellular suggesting he was in contact with one of the suspects from the Flint Township arrest. In one text exchange, less than an hour after one of the suspects fled on foot from the traffic stop, Patterson sent a pin drop location to the recipient telling the recipient, "get him he there" and "They running fr[o]m 12." ("12" is slang for police). The location Patterson provided was one house away from where police eventually apprehended the suspect.



Images from Patterson's cell phone also included photographs of numerous firearms and machinegun conversion devices, both alone and installed on firearms. Text conversations from his cell phone also contained conversations between Patterson and other individuals involving the sale of firearms, firearms parts, and auto sears.

### d.  ATF special agents search Patterson's apartment

On January 21, 2025, ATF agents executed a search warrant at Patterson's apartment in Grand Blanc Township.  Inside the apartment, the agents seized a Glock semi-automatic pistol; a Mini Draco, 7.62x39 caliber semi-automatic pistol; and a drop-in auto sear.  When agents asked Patterson about the drop-in auto-sear, he

 

described it as the "little piece" you "put in a AR and it turn it automatic."  Patterson said he never used the auto-sear, he "more sell them."  Patterson also admitted to straw purchasing every firearm registered to him other than the two that were recovered during the search warrant.  Patterson stated an individual would contact him when someone wanted to obtain a firearm.  Patterson claimed that he didn't know who the third party was that was ultimately obtaining the firearm.  Patterson said he would get "four to five" hundred dollars per purchase.

### e.  The ATF begins tracking Patterson's firearms

The ATF began compiling a list of all the firearms Patterson purchased, including when, and if, they were recovered and whether they were used in a crime or recovered from a crime scene.  As can be seen from the chart and table below,

6

several of Patterson's firearms were used in crimes or recovered from crime scenes. (PSR ¶ 12).



| | Firearm | Purchase Date | Location of Purchase | Recovery Date | Details of Recovery |
|---|---|---|---|---|---|
| 1 | Glock, Model 17, 9mm caliber, semi-automatic pistol, serial number CBZR736 | June 18, 2024 | ▓▓ | Jan 21, 2025 | NIBIN hit; Flint PD# ▓▓▓ (9/3/24); shots fired into occupied dwelling; recovered during FSW at Patterson's residence |
| 2 | Glock, Model 19X, 9mm caliber, semi-automatic pistol, serial number CCLG820 | June 18, 2024 | ▓▓ | Mar 15, 2025 | ATF Case # ▓▓▓; recovered during arrest of ▓▓▓; federally prosecuted–FIP and possession of a machinegun.  (*Firearm contained a different serialized slide) |
| 3 | Glock, Model 17 Gen 5, 9mm caliber, semi-automatic pistol, serial number AGFY407 | Sept 24, 2024 | ▓▓ | Not recovered | N/A |
| 4 | Glock, Model 45, 9 mm caliber, semi-automatic pistol, serial number BTUF759 | Sept 24, 2024 | ▓▓ | Nov 8, 2024 | Recovered at scene of homicide; Flint PD# ▓▓ (11/8/24) |
| 5 | Glock, Model 23 Gen 3, .40 caliber, semi-automatic pistol, serial number KFD324 | Sept 24, 2024 | ▓▓ | Nov 11, 2025 | NIBIN hits; (1) Flint Twp PD# ▓▓ (10/18/25) assault; (2) Flint PD# ▓▓ (5/29/25) fel. Assault; (3) Flint PD# ▓▓ (5/23/25) homicide; recovered by Burton PD# ▓▓ (11/11/25) ret. Fraud. |
| 6 | ATI Omni–Hybrid Maxx, multi-caliber, semi-automatic pistol, serial number NS411693 | Oct 18, 2024 | ▓▓ | Not recovered | N/A |

| 7 | Glock, Model 19 Gen 5, 9mm caliber, semi-automatic pistol, serial number BWZA566 | Oct 18, 2024 | ▇ | March 8, 2025 | Livingston County SO report #▇; recovered at scene of homicide (3/08/2025) |
| 8 | DGS Defense, Model DGS-MP, serial number A4381003 | Oct 31, 2024 | ▇ | Dec 9, 2024 | Flint Twp PD #▇; recovered from suspects planning drive-by shooting |
| 9 | DGS Defense, Model DGS-MP, serial number A4381004 | Oct 31, 2024 | ▇ | Dec 9, 2024 | Flint Twp PD #▇; recovered from suspects planning drive-by shooting |
| 10 | Glock, Model 26 Gen 5, 9mm caliber, semi-automatic pistol, serial number AKGV522 | Oct 31, 2024 | ▇ | January 15, 2025 | MSP Report #▇; weapons violation |
| 11 | Romarm/Cugir, Mini Draco, 7.62 caliber, semi-automatic pistol, serial number 23PH-5613 | Oct 31, 2024 | ▇ | Not recovered | N/A |
| 12 | Romarm/Cugir, Mini Draco, 7.62x39mm caliber, semi-automatic pistol, serial number PF-4491-220R0A | Nov 19, 2024 | ▇ | Jan 21, 2025 | Recovered during FSW |
| 13 | Glock, Model 22, .40 caliber, semi-automatic pistol, serial number TYK752 | Nov 22, 2024 | ▇ | Dec 9, 2024 | Flint Twp PD#▇; recovered from suspects planning drive-by shooting |
| 14 | 3-D printed drop-in auto sear | | | Jan 21, 2025 | Recovered during FSW |
| 15 | MXA, Model MA556, 5.56 caliber, semi-automatic pistol, serial number MA55601136 | Oct 23, 2024 | ▇ | Apr 1, 2025 | MSP #▇; recovered from traffic stop of vehicle suspected in a shooting; five guns seized including MXA which was equipped with auto-sear. |

Three of Patterson's guns were involved in homicides. (*see* shaded rows in table above). One of those firearms, the Glock 45 purchased by Patterson on September 24, 2024, was recovered from a homicide that occurred on November 8, 2024—just 45 days after Patterson bought it. When police interviewed the suspect in the homicide, he stated, despite not naming Patterson directly, that the original purchaser of the firearm bought the firearm for him (the suspect) directly from the gun store.

8

In addition to the homicides, Patterson's guns were also used in at least three shootings, and three guns were recovered from suspects immediately before they planned to commit a drive-by shooting.

## II.   Patterson's History and Characteristics

Patterson is 24 years old and employed.  Despite his proven ability to make a legitimate living, it appears that up until November of 2024, Patterson earned money straw purchasing firearms and selling fraudulent identification cards.

Patterson claims he wasn't aware anyone was going to get hurt with his firearms, yet he was present with the drive-by shooters when they had their "ARs" (assault rifles) assembled and finished.  (Bates #000378-79).  Moreover, Patterson is self-admitted member of Never Leave My Brother, a set of Nick Mafia, a violent, Genesee County street gang.  You can't hang around gang bangers and then feign surprise when violence occurs.

## III.   The Need for the Sentence Imposed to Afford Adequate Deterrence and to Protect the Public

A significant sentence would discourage others from entering the illegal gun market and it would prevent Patterson from reoffending.  A significant sentence would preclude Patterson from continuing to contribute to violence in the community.

## IV.   The Need for the Sentence Imposed to Reflect the Seriousness of the Offense, to Promote Respect for the Law, and to Provide Just Punishment

9

Firearms trafficking is a serious offense because it fuels violent crime, even where, as here, Patterson himself didn't personally harm anyone. A significant sentence would reflect the seriousness of Patterson's offense, acknowledge his leadership role in the scheme of obtaining firearms for criminals, and recognize the risk to public safety Patterson's crimes created. A significant sentence would promote respect for the law, particularly where Patterson flouted the law on so many occasions.

## **CONCLUSION**

A sentence of 41 months is sufficient, but not greater than necessary, to accomplish the goals of sentencing, and a lesser sentence is not supported by application of the 18 U.S.C. § 3553(a) factors.

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

Dated: March 30, 2026

s/ANTHONY P. VANCE
Assistant United States Attorney
Chief – Branch Offices
600 Church Street
Flint, Michigan 48502-1280
Phone: (810) 766-5177
Fax: (810) 766-5427
anthony.vance@usdoj.gov
P61148

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 30, 2026, the foregoing document was electronically filed by an employee of the United States Attorney's Office with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

s/ANTHONY P. VANCE
Assistant United States Attorney
Chief – Branch Offices
600 Church Street
Flint, Michigan 48502-1280
Phone: (810) 766-5177
Fax: (810) 766-5427
anthony.vance@usdoj.gov
P61148